## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**ELLIOT T. WALKER,**

    **Plaintiff,**

vs.                          **CASE NO.: 4:22-CV-00027-MW-MAF**

**FEDERAL BUREAU OF PRISONS,**
**et al.,**

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

The *pro se* Plaintiff, Elliot T. Walker, filed a Notice of Voluntary Dismissal. ECF No. 10. Plaintiff initiated this case by filing a civil rights complaint, ECF No. 1, pursuant to 42 U.S.C. § 1983, which the Court found legally insufficient. ECF No. 1. Plaintiff filed an amended civil rights complaint, ECF No. 5, which was also legally insufficient. ECF No. 7. The Court ordered Plaintiff to amend and advised him that he could, alternatively, file a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a). ECF Nos. 4, 7. Plaintiff did not file an amended complaint by the deadline; therefore, the undersigned issued a Report recommending dismissal. ECF No. 9. However, while the Report was pending, Plaintiff filed his notice. ECF No. 10. For the reasons stated, the Court should dismiss the case.

Federal Rule of Civil Procedure 41(a) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves his answer. Fed. R. Civ. P. 41(a)(1)(A)(i). Although the notice is effective without an order, the Court should issue an Order confirming the case has been dismissed without prejudice. Fed. R. Civ. P. 41(a)(1)(B). At this early stage, no defendants have been served; and no answer has been filed. Accordingly, the case should be dismissed.

It is respectfully **RECOMMENDED** that the case be **DISMISSED** without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff's Notice of Voluntary Dismissal, ECF No. 10, and that the case be **CLOSED**. The Clerk of Court is directed to **VACATE** the Report and Recommendation, ECF No. 9.

**IN CHAMBERS** at Tallahassee, Florida on April 12, 2022.

                      s/ Martin A. Fitzpatrick
                      **MARTIN A. FITZPATRICK**
                      **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being

served with a copy thereof. Fed. R. Civ. P. 72(b)(2). Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. See 11th Cir. Rule 3-1; 28 U.S.C. § 636(b)(1)(C).