IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ELLIOT T. WALKER,**

   *Plaintiff*,

v.     Case No.: 4:22cv27-MW/MAF

**FEDERAL BUREAU OF PRISONS,**
**et al.,**

   *Defendants*.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 11, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff's Notice of Voluntary Dismissal, ECF No. 10." The Clerk shall close the

file.

  **SO ORDERED on April 13, 2022.**

             <u>**s/Mark E. Walker**</u>
             **Chief United States District Judge**